ACCEPTED
03-15-00348-CV
7443242
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 5:46:40 PM
JEFFREY D. KYLE
CLERK

# Vinson&Elkins

Jennifer B. Poppe  jpoppe@velaw.com
**Tel** +1.512.542.8464  **Fax** +1.512.236.3470

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 5:46:40 PM
JEFFREY D. KYLE
Clerk

October 19, 2015

***Via E-Filing***

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   C.A. No. 03-15-00348-CV; *Todd Enright v. Asclepius Panacea, LLC; Asclepius Panacea GP, LLC; Daily Pharmacy, LLC; Daily Pharmacy GP, LLC; and Toth Enterprises II, P.A. d/b/a Victory Medical Center*

Dear Mr. Kyle:

In accordance with your letter dated October 8, 2015, we are hereby notifying the Court that Michael A. Heidler will present argument to the Court in the above-referenced appeal on behalf of Appellant Todd Enright on Wednesday, November 4, 2015 at 1:30 p.m., before a panel consisting of Justice David Puryear, Justice Melissa Goodwin, and Justice Cindy Olson Bourland.

Respectfully,

*/s/ Jennifer B. Poppe*

Jennifer B. Poppe

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London
Moscow  New York  Palo Alto  Riyadh  San Francisco  Tokyo  Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
**Tel** +1.512.542.8400  **Fax** +1.512.542.8612  **www.velaw.com**



# CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of October 2015, a true and correct copy of this notice was served on the following attorneys in accordance with the requirements of the Texas Rules of Appellate Procedure via electronic filing or email.

Eric J. Taube
Paul Matula
Rola Daaboul
Taube Summers Harrison Taylor Meinzer
  Brown LLP
100 Congress Avenue, 18th Floor
Austin, Texas  78701
etaube@taubesummers.com
pmatula@taubesummers.com
rdaaboul@taubesummers.com

*/s/ Jennifer B. Poppe*
Jennifer B. Poppe